UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EFFICIENT AND RELIABLE OF MICHIGAN, INC.
d/b/a CO/OP OPTICAL VISION DESIGNS,

                Plaintiff,

vs.

ARTIS THOMAS,

                Defendant.
_____/

Case: 2:07-cv-11086
Assigned To: Roberts, Victoria A
Referral Judge: Morgan, Virginia M
Filed: 03-14-2007 At 09:40 AM
CMP EFFICIENT AND RELIABLE V THOMAS
(RRH)

### Statement of Disclosure of Corporate Affiliations and Financial Interest

Pursuant to LR 83.4 Plaintiff, Efficient and Reliable of Michigan d/b/a Co/Op Optical Vision Designs makes the following disclosure.
[NOTE: A negative report, if appropriate, is required.]

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes _____    No __x__

   If the answer is Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes _____    No __x__

   If the answer is Yes, list the identity of such corporate or affiliate and the nature of the financial interest:

_____
Signature of Counsel
908969

__3/14/07__
Date